**Form 723**[ODSM – Ch 13 NOD]

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| In re: | Case No. 11–20012 JTM |
| Curtis S. Watkins and Stacie L. Watkins | Chapter 13 |
| Debtor(s). | |

## ORDER OF DISMISSAL

Based on the Debtor(s) having failed to comply with one or more of the requirements of the U.S. Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and/or the Local Rules and notice having been properly given, THE COURT HEREBY ORDERS:

The above–captioned case is dismissed without prejudice under 11 U.S.C § 109(g); and,

If there is no confirmed plan, the Trustee is directed to disburse all remaining funds on hand, if any, in compliance with Local Rule 2083–1(i). Attorney's fees in an amount up to $1000.00 are awarded less any pre–petition retainer paid to debtor's counsel, which will be disbursed pursuant to Local Rule 2083–1(i); or

If there is a confirmed plan, all funds in this case posted to the Trustee's account on or before the date of entry of this order shall be disbursed by the Trustee according to the terms of the confirmed plan. Funds received by the Trustee after the entry of this order shall be refunded to the debtor(s).

Dated and Entered on: June 30, 2011

*/s/ J T Marker*

United States Bankruptcy Judge

United States Bankruptcy Court
District of Utah

In re:
Curtis S. Watkins
Stacie L. Watkins
    Debtors

Case No. 11-20012-JTM
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 1088-2     User: sjl     Page 1 of 1     Date Rcvd: Jun 30, 2011
                           Form ID: f723     Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2011.
```
db/jdb     +Curtis S. Watkins,    Stacie L. Watkins,    7567 N. Levi Lane,    Eagle Mountain, UT 84005-6112
aty         Gale K. x3Francis,    Office of the Attorney General,    160 East 300 South,    Fifth Floor,
              P.O. Box 140874,    Salt Lake City, UT  84114-0874
aty         Gale K. x5Francis,    Office of the Attorney General,    160 East 300 South,    Fifth Floor,
              P.O. Box 140874,    Salt Lake City, UT  84114-0874
aty        +Robert A. Eder, Jr.,    5667 S. Redwood Road,    Suite 8,    Salt Lake City, UT 84123-5433
7443060     Allstate,    PO Box 660642,    Dallas, TX 75266-0642
7443062    +Comcast,    c/o Credit Service of Logan,    PO Box 3730,    Logan, UT 84323-3730
7443063    +GE CCS,    PO Box 9135,    Needham Heights, MA 02494-9135
7443064    +Global Discovery Vacation,    5360 College Blvd. #200,    Leawood, KS 66211-1641
7443065     Halliday & Watkins,    376 E. 400 S. #300,    Salt Lake City, UT 84111-2906
7443066    +Intermountain Healthcare,    PO Box 27800,    Salt Lake City, UT 84127-0808
7443068    +NCO Financial,    Po Box 15520,    Ref#20011150,    Wilmington, DE 19850-5520
7675418    +Silverlake Master Home Owners Associatio,    Law Offices of Kirk A. Cullimore,
              644 East Union Square,    Sandy UT 84070-3403
7458383    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  U.S. Bank N.A.,    4801 Frederica Street,    Owensboro, KY 42301)
7443069    +US Bank,    800 Moreland Street,    Owensboro, KY 42301-2046
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr         +E-mail/Text: elarsen@ch13kra.com Jun 30 2011 23:36:28     Kevin R. Anderson tr,
              405 South Main Street,    Suite 600,    Salt Lake City, UT 84111-3408
7443061    +EDI: CCS.COM Jun 30 2011 23:23:00      CCS,    PO Box 9135,    Needham Heights, MA 02494-9135
7443067     EDI: IRS.COM Jun 30 2011 23:23:00      Internal Revenue Service,
              Centralized Insolvency Operations,    PO Box 21126,    Philadelphia, PA 19114-0326
7443070     EDI: UTAHTAXCOMM.COM Jun 30 2011 23:23:00      Utah State Tax Commission,    Attn: Bankruptcy Unit,
              210 North 1950 West,    Salt Lake City, UT 84134-3340
                                                                                              TOTAL: 4
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*         Utah State Tax Commission,   Attn Bankruptcy Unit,    210 North 1950 West,
              Salt Lake City, UT  84134-9000
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 02, 2011**            **Signature:** *Joseph Speetjens*